# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:10-cr-00306-LSC-FG3** |
| vs. ) | |
| ) | **ORDER** |
| **PEDRO CAMACHO-CORONA,** ) | |
| ) | |
| **Defendant.** ) | |

    This matter is before the court on the defendant's motion (Doc. 27) to continue the trial now set for March 22, 2011 based on speculation that the defendant may want to retain private counsel. The defendant's motion does not state facts demonstrating that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, *see* 18 U.S.C. § 3161(h)(7)(A). Nor did the defendant comply with the requirements of NECrimR 12.1[1].

    **IT IS ORDERED** that defendant's Motion to Continue Trial Date (Doc. 27) is denied, and the trial of this matter remains set for March 22, 2011.

    A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **March 15, 2011.** An objecting party must comply with all requirements of NECrimR 59.2.

    **DATED March 9, 2011.**

                                      **BY THE COURT:**

                                      s/ F.A. Gossett, III
                                      **United States Magistrate Judge**

---

[1] Under NECrimR 12.1(a), if the defendant is the moving party, a motion to continue trial must be accompanied by the defendant's affidavit or declaration, *see* 28 U.S.C. § 1746, stating that the defendant: (1) was advised by the defense attorney of the reasons for seeking a continuance; (2) understands that the time requested in the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. §§ 3161-3174; and (3) with this understanding and knowledge, agrees to the filing of the motion.