IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:10-cr-00436 LSC-FG3 |
| | ) | |
| PEDRO CAMACHO-CORONA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Continue Trial [37] due to ongoing plea negotiations. For good cause shown,

**IT IS ORDERED** that the motion to continue trial [37] is granted, as follows:

1. The jury trial now set for April 19, 2011 is continued to **May 3, 2011.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **April 19, 2011 and May 3, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED April 8, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**